FILED

2018 APR 12 PM 12: 09

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | JUDGE LIOI |
| v. ) | CASE NO. 5:18 CR 187 |
| JOHNNIE RAY NICHOLAS, ) | Title 29, Section 501(c), United States Code |
| Defendant. ) | |

## COUNT 1

The United States Attorney charges:

From on or about February 21, 2012, through on or about January 29, 2016, in the Northern District of Ohio, Eastern Division, Defendant JOHNNIE RAY NICHOLAS, while an officer, that is, Financial Secretary of United Mine Workers of America Local 4994, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $37,900 in violation of Title 29, United States Code, Section 501(c).

JUSTIN E. HERDMAN
United States Attorney

By: *Michael L. Collyer*
MICHAEL L. COLLYER
Chief, White Collar Crimes Unit